AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>Alejandro Mendoza-Mercado<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br><br>3:19-71641 |

FILED
OCT -4 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

JSC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **September 24, 2019** in the county of **Alameda** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(1) | Illegal reentry |

This criminal complaint is based on these facts:

See attached affidavit of Department of Homeland Security, Immigrations and Customs Enforcement Deportation Officer Christopher Morales

☑ Continued on the attached sheet.

Approved as to form /s/ MR
AUSA Molly K. Priedeman

*Complainant's signature*

Christopher Morales, DHS/ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-4-19

*Judge's signature*

City and state: San Francisco, CA

Hon. Jacqueline Scott Corley
*Printed name and title*

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# AFFIDAVIT OF DEPORTATION OFFICER CHRISTOPHER MORALES IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Morales, Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), being duly sworn, hereby declare as follows:

## INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging Alejandro MENDOZA-MERCADO (a/k/a Victor Manuel Barrios Mendoza, a/k/a Victor Manuel Barrios a/k/a Victor Barrios), with unlawfully re-entering the United States after deportation, without the permission of the Attorney General or the Secretary of Homeland Security, or a designated successor, in violation of 8 U.S.C. § 1326.

2. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that, on or after, March 18, 2019, within the Northern District of California, Alejandro MENDOZA-MERCADO, an alien, who had previously been excluded, deported and removed from the United States to Guatemala, was found in the United States, without the Attorney General or the Secretary of the Department of Homeland Security, or a designated successor, having expressly consented to the defendant's application for admission into the United States, in violation of 8 U.S.C. § 1326. The statements contained in this affidavit are based on information provided to me by law enforcement officers, immigration officers and agents, and immigration records, as well as my training, experience, and knowledge of this investigation.

## AGENT'S BACKGROUND AND EXPERTISE

3. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE") and have been so employed in this capacity since June 26, 2016. I am currently assigned to the Violent Criminal Alien Section (VCAS) of the San Francisco District Office. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7).

4. As a Deportation Officer, I have conducted law enforcement duties to investigate, identify, locate arrest, detain, prosecute, and remove foreign nationals who pose a threat to national security and public safety. I have conducted complex investigations, executed arrests, prepared cases for removal proceedings, prosecution, and managed detention and removal of foreign nationals ordered removed from the United States by working with foreign, federal, state, and local law enforcement agencies.

## APPLICABLE LAW

5. Title 8, United States Code, Section 1326 provides criminal penalties for "any alien who – (1) has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter (2) enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act."

6. Title 8, United States Code, Section 1326(b)(1) provides, in relevant part, that "in the case of any alien . . . whose removal was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony (other than an aggravated felony), such alien shall be fined under Title 18, imprisoned not more than 10 years, or both[.]"

p

## STATEMENT OF FACTS ESTABLISHING PROBABLE CAUSE

7. MENDOZA-MERCADO is a forty-one (41) year-old male who has used three (3) aliases in the past (Victor Manuel Barrios Mendoza; Victor Manuel Barrios; Victor Barrios).

8. MENDOZA-MERCADO is a native and a citizen of Guatemala since birth. He is not a United States citizen.

9. On May 30, 1996, MENDOZA-MERCADO was convicted in the Superior Court of California, in the County of Alameda, for the offense of Sexual Battery, in violation of Section 243.4(a) of the California Penal Code. For this crime, MENDOZA-MERCADO was sentenced to sixty (60) days jail and thirty-six (36) months probation.

10. On September 9, 2004, MENDOZA-MERCADO was convicted in the United States District Court, District of Arizona, for the offense of Illegal Entry, in violation of Title 8, Section 1325 of the United States Code. For this crime, MENDOZA-MERCADO was sentenced to seventy five (75) days jail.

11. On September 5, 2006, MENDOZA-MERCADO was convicted in the Superior Court of California, in the County of Alameda, for the offense of Failure to Register as a Sex Offender, in violation of Section 290(a)(1)(d) of the California Penal Code. For this crime, MENDOZA-MERCADO was sentenced to six (6) months jail and thirty-six (36) months probation.

12. On March 28, 2011, MENDOZA-MERCADO was convicted in the United States District Court, District of Arizona, for the offense of Re-entry after Deportation, in violation of Title 8, Section 1326 of the United States Code. For this crime, MENDOZA-MERCADO was sentenced to one hundred ninety-two (192) days prison.

13. On June 7, 2018, MENDOZA-MERCADO was convicted in the Superior Court of California, in the County of Alameda, for the offense of Failure to Register as a Sex Offender, in violation of Section 290.012(a) of the California Penal Code. For this crime, MENDOZA-MERCADO was sentenced to one hundred eighty (180) days jail and thirty-six (36) months probation.

14. A review of MENDOZA-MERCADO's immigration records show that he was ordered removed by an immigration judge on two separate occasions: The first order is dated March 4, 2004. The second order is dated December 14, 2004.

15. MENDOZA-MERCADO was physically removed from the United Sates on five (5) occasions:

| **DATE** | **PLACE OF DEPORTATION** |
| --- | --- |
| May 19, 2004 | Chandler, AZ to Guatemala |
| January 26, 2005 | Chandler, AZ to Guatemala |
| October 25, 2006 | Chandler, AZ to Guatemala |
| August 11, 2010 | Dallas, TX to Guatemala |
| April 15, 2011 | Mesa, AZ to Guatemala |

16. MENDOZA-MERCADO last entered the United States at or near an unknown place on or after his latest deportation on April 15, 2011, by crossing the international border without inspection after deportation.

17. On or about March 18, 2019, MENDOZA-MERCADO was found by ICE pursuant to his arrest by the Oakland Police Department for Failure to Register as a Sex Offender; in violation of California Penal Code 290.012(a).

18. On September 24, 2019, MENDOZA-MERCADO was arrested by ICE. On the same date, MENDOZA-MERCADO's fingerprints were taken by ICE as part of the standard booking procedures. The fingerprints were electronically submitted to the California Department of Justice, National Crime Information Center/Next Generation Identification, and DHS/ICE databases. Upon review of database information, it was determined that the fingerprints taken were associated with MENDOZA-MERCADO's alien file and matched the individual who was deported on the previously-mentioned dates.

19. The District Records Manager of the San Francisco District, Citizenship and Immigration Services, DHS, or an agency employee acting at his direction, performed a search for

records relating to MENDOZA-MERCADO. On September 26, 2019, after a diligent search, no record was found to exist indicating that MENDOZA-MERCADO obtained official consent from the Attorney General or the Secretary of Homeland Security at any time to reapply for admission into the United States.

20. On September 26, 2019, the DHS Biometric Support Center determined that the fingerprints taken were associated with MENDOZA-MERCADO' alien file, and matched the fingerprints of the individual who was deported four of the five previously-mentioned dates. The scanned fingerprints taken on October 25, 2006 bearing the name Alejandro Mendoza-Mercado were not of sufficient quality for a comparison to be completed.

## CONCLUSION

21. For the reasons stated above, I believe there is probable cause to believe that, on or after April 15, 2011, Alejandro MENDOZA-MERCADO Mercado unlawfully re-entered the United States after deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of 8 U.S.C. § 1326. I respectfully request that the Court issue the requested criminal complaint and arrest warrant.

_____
Christopher Morales
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me this \_\_\_\_\_ day of October 2019.

_____
HONORABLE JUDGE CORLEY
UNITED STATES MAGISTRATE JUDGE