DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7332
    FAX: (415) 436-7234
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-CR-553 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE STATUS CONFERENCE |
| v. | |
| VICTOR BARRIOS, | |
| Defendant. | |

Counsel for the United States and counsel for the defendant Victor Barrios jointly request to continue the November 12, 2019 status conference in the above-captioned matter for two weeks, to November 26, 2019. Defense counsel and government counsel have conflicts on November 12, 2019.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from November 12, 2019 to November 26, 2019 to allow for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding time from November 12, 2019 to the date of the next status conference from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: November 5, 2019                   /s/ Molly K. Priedeman
                                          MOLLY K. PRIEDEMAN
                                          Assistant United States Attorney

DATED: November 5, 2019                   /s/ Sophia Whiting
                                          SOPHIA WHITING
                                          Attorney for the Defendant

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING,
AND [PROPOSED] ORDER                              2
18-CR-585 CRB

1 ~~PROPOSED~~ **ORDER**

2 Based upon the representations of counsel and for good cause shown, the Court finds that failing
3 to exclude the time from November 12, 2019 through November 26, 2019 would unreasonably deny
4 defense counsel and the defendant the reasonable time necessary for effective preparation and continuity
5 of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court
6 further finds that the ends of justice served by excluding the time from November 12, 2019 to November
7 26, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the
8 defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED
9 that the time from November 12, 2019 to November 26, 2019 shall be excluded from computation under
10 the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

11 Furthermore, it is hereby ORDERED that the status conference set for November 12, 2019, at
12 2:30 p.m., is reset for November 26, 2019 at 2:30 pm.

13 IT IS SO ORDERED.

15 DATED: 11/6/19

16 THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING,
AND [PROPOSED] ORDER                3
18-CR-585 CRB