STEVEN G. KALAR
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Sophia_Whiting@fd.org

Counsel for Defendant BARRIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR BARRIOS,<br><br>Defendant. | **Case No.:** CR 19-553 RS<br><br>STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE CHANGE OF PLEA |

The above-titled matter is currently scheduled for a change of plea hearing on January 17, 2020, at 2:30 p.m. The parties are in the midst of discussing a possible disposition that will not be finalized by that date. Defense counsel has also received additional discovery from the government. Therefore, the parties are seeking a continuance to allow time for those discussions and for defense counsel to review additional discovery with Mr. Barrios. Specifically, the parties requests that the hearing be continued until February 18, 2020, at 2:30 p.m.

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from January 17, 2020, to February 18, 2020, to allow for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding time from January 17, 2020, to February 18, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

| January 17, 2020 | DAVID L. ANDERSON |
| Dated | United States Attorney |
| | Northern District of California |

/S
MOLLY PRIEDEMAN
Assistant United States Attorney

| January 17, 2020 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
SOPHIA WHITING
Assistant Federal Public Defender

# ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from January 17, 2020, to February 18, 2020, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 17, 2020, to February 18, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 17, 2020, to February 18, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

Furthermore, it is hereby ORDERED that the status conference set for January 17, 2020, at 2:30 p.m., is reset for February 18, 2020, at 2:30 pm.

IT IS SO ORDERED.

DATED: 1/17/2020

THE HONORABLE RICHARD SEEBORG
United States District Judge