STEVEN G. KALAR
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Sophia_Whiting@fd.org

Counsel for Defendant BARRIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19-553 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE CHANGE OF PLEA |
| v. | |
| VICTOR BARRIOS, | |
| Defendant. | |

The above-titled matter is currently scheduled for a change of plea hearing or trial setting on February 18, 2020, at 2:30 p.m. The parties are discussing a possible disposition that will not be finalized by that date. Defense counsel is also in discussion with Mr. Barrios's immigration lawyer about his pending U Visa application, which was filed because Mr. Barrios was the victim of an armed robbery and burglary after which he cooperated with law enforcement, about the impact the immigration and criminal proceeding have on one another. Defense counsel's review of the discovery with Mr. Barrios, who is out of custody, has additionally been impacted by the limited availability of interpreters. Therefore, the parties are

seeking a continuance to allow time for those discussions and for defense counsel to continue reviewing discovery with Mr. Barrios. Specifically, the parties requests that the hearing be continued until March 24, 2020, at 2:30 p.m., or as soon thereafter the Court is available.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from February 18, 2020, to March 24, 2020, to allow for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding time from February 18, 2020, to March 24, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

| February 13, 2020 | DAVID L. ANDERSON |
| Dated | United States Attorney |
| | Northern District of California |

/S
MOLLY PRIEDEMAN
Assistant United States Attorney

| February 13, 2020 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
SOPHIA WHITING
Assistant Federal Public Defender

**~~PROPOSED~~ ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from February 18, 2020, to March 24, 2020, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 18, 2020, to March 24, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 18, 2020, to March 24, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

Furthermore, it is hereby ORDERED that the status conference set for February 18, 2020, at 2:30 p.m., is reset for March 24, 2020, at 2:30 pm.

IT IS SO ORDERED.

DATED: 2/14/2020

THE HONORABLE RICHARD SEEBORG
United States District Judge