STEVEN G. KALAR
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:      Sophia_Whiting@fd.org

Counsel for Defendant BARRIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR BARRIOS,<br><br>Defendant. | **Case No.:** CR 19-553 RS<br><br>STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE HEARING |

    Victor Barrios is scheduled to appear for a status hearing on Tuesday, August 25, 2020. The government is in the process of producing additional discovery to Mr. Barrios. The parties therefore jointly request to continue the hearing in the above-captioned matter to October 13, 2020 at 2:30 p.m. for a status hearing, or as soon thereafter the Court is available.

    The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from August 25 to October 13, 2020. Mr. Barrios has requested additional discovery from the government which has not yet been produced, an exclusion is therefore

1 | appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into
2 | account the exercise of due diligence.
3 |       Furthermore, under 18 U.S.C. § 3161(h)(7)(A), the Court may appropriately exclude
4 | time "on the basis of his findings that the ends of justice served by taking such action outweigh
5 | the best interest of the public and the defendant in a speedy trial." Although the Speedy Trial
6 | Act does not directly address continuances stemming from pandemics, natural disasters, or
7 | other emergencies, this Court has discretion to order a continuance and exclude time in such
8 | circumstances. *See, e.g.*, *Furlow v. United States*, 644 F.2d 764 (9th Cir. 1981) (finding no
9 | Speedy Trial Act violation where the district court granted an ends-of-justice continuance
10 | following the eruption of Mt. St. Helens). General Order 72 found that the ends of justice
11 | served by ordering continuances outweigh the interest of the public and any defendant's right
12 | to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). General Order 72-4, now in effect,
13 | finds that appearances before the district judges may be postponed in light of the pandemic.
14 | The parties stipulate that exclusion is appropriate in above-captioned case, because the realities
15 | of the pandemic hamper counsels' ability to meet with the defendant, relevant personnel, and
16 | witnesses. A failure to grant the requested exclusion of time and continuance would therefore
17 | unreasonably deny counsel continuity of counsel or deny counsel the reasonable time necessary
18 | for effective preparation, taking into account the exercise of due diligence. A continuance and
19 | exclusion of time from August 25, 2020, to October 13, 2020 is therefore appropriate under 18
20 | U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance
21 | outweigh the best interest of the public and the defendant in a speedy trial.
22 |       IT IS SO STIPULATED.

August 20, 2020     DAVID L. ANDERSON
Dated               United States Attorney
                    Northern District of California

                    /S
                    _____
                    MOLLY PRIEDEMAN
                    Assistant United States Attorney

| | |
|---|---|
| August 20, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| _August 20, 2020_<br>Dated | THE HONORABLE RICHARD SEEBORG<br>United States District Judge |

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND ORDER 3