STEVEN G. KALAR
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Sophia_Whiting@fd.org

Counsel for Defendant BARRIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19-553 RS |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE HEARING |
| v. | |
| VICTOR BARRIOS, | |
| Defendant. | |

    Victor Barrios is scheduled to appear for a status hearing on Tuesday, October 13, 2020. Mr. Barrios and the government are working on technical issues with a recent discovery production, and Mr. Barrios has requested additional discovery from the government. Mr. Barrios and his counsel are also reviewing discovery provided. Mr. Barrios is out of custody and fully compliant with pretrial release. The parties therefore jointly request to continue the hearing in the above-captioned matter to January 12, 2021 at 2:30 p.m. for a status hearing, or as soon thereafter the Court is available.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from October 13, 2020 to January 12, 2021. Mr. Barrios and his counsel are reviewing discovery produced by the government, and additional discovery has been requested from the government. An exclusion is therefore appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

Furthermore, under 18 U.S.C. § 3161(h)(7)(A), the Court may appropriately exclude time "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Although the Speedy Trial Act does not directly address continuances stemming from pandemics, natural disasters, or other emergencies, this Court has discretion to order a continuance and exclude time in such circumstances. *See, e.g.*, *Furlow v. United States*, 644 F.2d 764 (9th Cir. 1981) (finding no Speedy Trial Act violation where the district court granted an ends-of-justice continuance following the eruption of Mt. St. Helens). General Order 72 previously found that the ends of justice served by ordering continuances outweigh the interest of the public and any defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). General Order 72-6, now in effect, finds that appearances before the district judges may be postponed in light of the pandemic. The parties stipulate that exclusion is appropriate in above-captioned case, because the realities of the pandemic hamper counsels' ability to meet with the defendant, relevant personnel, and witnesses. A failure to grant the requested exclusion of time and continuance would therefore unreasonably deny counsel continuity of counsel or deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Mr. Barrios is also out of custody and fully compliant with pretrial release. A continuance and exclusion of time from October 13, 2020 to January 12, 2021 is therefore appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| | |
|---|---|
| October 8, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>ANNE C. HSIEH<br>Assistant United States Attorney |
| October 8, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| October 8, 2020<br>Dated | THE HONORABLE RICHARD SEEBORG<br>United States District Judge |

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND ORDER