STEVEN G. KALAR
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Sophia_Whiting@fd.org

Counsel for Defendant BARRIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19-553 RS |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE HEARING |
| v. | |
| VICTOR BARRIOS, | |
| Defendant. | |

     Victor Barrios is scheduled to appear for a status hearing on Tuesday, January 12, 2020. The parties are discussing outstanding discovery issues, which are expected to be resolved soon. Mr. Barrios is out of custody and fully compliant with pretrial release. The parties therefore jointly request to continue the hearing in the above-captioned matter to March 2, 2021 at 2:30 p.m. for a status hearing, or as soon thereafter as the Court is available.

     The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from January 12, 2021 to March 2, 2021. Mr. Barrios and his counsel are reviewing discovery produced by the government, and additional discovery has been requested

from the government. An exclusion is therefore appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from January 12, 2021 to March 2, 2021 is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| January 7, 2021 | DAVID L. ANDERSON |
| Dated | United States Attorney |
| | Northern District of California |

/S
ANNE HSIEH
Assistant United States Attorney

| January 7, 2021 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
SOPHIA WHITING
Assistant Federal Public Defender

IT IS SO ORDERED.

January 8, 2021
Dated

THE HONORABLE RICHARD SEEBORG
United States District Judge