GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Sophia_Whiting@fd.org

Counsel for Defendant BARRIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR BARRIOS,<br><br>Defendant. | **Case No.:** CR 19-553 RS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

    Victor Barrios is scheduled to appear for sentencing on Tuesday, July 20, 2021. The defense requires additional time to receive requested documentation and translations. The parties therefore jointly request to continue the hearing in the above-captioned matter to August 10, 2021, or as soon thereafter as the Court is available.

    Thus, the parties stipulate, and the Court finds and holds, the sentencing hearing on July 20, 2021, is continued to August 10, 2021.

    IT IS SO STIPULATED.

| July 12, 2021 | STEPHANIE HINDS |
| --- | --- |
| Dated | Acting United States Attorney |
| | Northern District of California |

/S
_____
ANNE HSIEH
Assistant United States Attorney

| July 12, 2021 | GEOFFREY HANSEN |
| --- | --- |
| Dated | Acting Federal Public Defender |
| | Northern District of California |

/S
_____
SOPHIA WHITING
Assistant Federal Public Defender

IT IS SO ORDERED.

July 12, 2021
Dated

_____
HON. RICHARD SEEBORG
United States District Judge