GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Sophia_Whiting@fd.org

Counsel for Defendant BARRIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR BARRIOS,<br><br>Defendant. | Case No.: CR 19-553 RS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

    Victor Barrios is scheduled to appear for an in-person sentencing hearing on Tuesday, August 10, 2021 at 9:30 a.m. Health and safety concerns due to the COVID-19 pandemic have recently comes to the parties' attention that undermine the safety of an in-person hearing at this time. The parties therefore jointly request to continue the hearing in the above-captioned matter to September 28, 2021 at 9:30 a.m.

    Thus, the parties stipulate, and the Court finds and holds, the sentencing hearing on August 10, 2021, is continued to September 28, 2021.

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER

IT IS SO STIPULATED.

| | |
|---|---|
| August 9, 2021<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>ANNE HSIEH<br>Assistant United States Attorney |
| August 9, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| August 9, 2021<br>Dated | HON. RICHARD SEEBORG<br>United States District Judge |