UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 19, 2021  **Time:** 23 minutes  **Judge:** RICHARD SEEBORG

**Case No.:** 19-cr-00553-RS-1   **Case Name:** USA v. Victor Barrios

**Attorney for Government:** Anne Hsieh
**Attorney for Defendant:** Sophia Whiting
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Marla Knox
**Interpreter:** Victor Martinez - Spanish   **Probation Officer:** Khaminh Huynh

## PROCEEDINGS

Sentencing Hearing Held – In person.

## SUMMARY

The Court sentenced the defendant to the custody of the Bureau of Prisons for a period of Time Served. Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 3 years. The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately. The court did not impose a fine.
(see judgment for additional conditions)